JS-6

Michael M. Ahmadshahi, Esq. (Bar No. 219933)
Email: mahmadshahi@mmaiplaw.com
AHMADSHAHI LAW OFFICES
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: 949.260.4997
Facsimile: 949.260.4996

Attorney for Plaintiff/Counterdefendant
Innovative Imports, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| INNOVATIVE IMPORTS, INC., a California corporation with a principal place of business in California,<br><br>   Plaintiff,<br><br>  v.<br><br>BRENT BAUM dba www.whiptechled.com, an individual; and Does 2-10, inclusive,<br><br>   Defendants. | Case No.: 2:15-CV-09226-PA-FFM<br><br>**CONDITIONAL ORDER TO DISMISS CASE WITHOUT PREJUDICE** |
| BRENT BAUM,<br><br>   Counterclaimant,<br><br>  v.<br><br>INNOVATIVE IMPORTS, INC., a California corporation and Roes 1-10, inclusive,<br><br>   Counterdefendant | **DATE:**<br>**TIME:**<br>**COURTROOM 15, 15th Fl.**<br><br>Judge: The Honorable Percy Anderson |

1 | Before the Court is the parties' JOINT STIPULATION FOR
2 | CONDITIONAL ORDER TO DISMISS CASE WITHOUT PREJUDICE.
3 | **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT**
4 | **PREJUDICE** at this time and all scheduled matters are **VACATED.** Plaintiff
5 | Innovative Imports, Inc. shall file a dismissal with prejudice of the entire action
6 | after it receives Defendants' final settlement payment in September 2016 as the
7 | parties agreed.

16 | Dated: June 17, 2016

_____
Honorable Percy Anderson
United States District Judge